IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>ARTURO ALMENGO-GUZMAN,<br>a/k/a "William Montero-Robles"<br>Defendant | CRIMINAL 13-0017CCC |

# ORDER

Having considered the Report and Recommendation filed on January 23, 2013 (docket entry 19) on a Rule 11 proceeding of defendant held before U.S. Magistrate Judge Camille L. Vélez-Rivé on January 15, 2013, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since January 15, 2013. **The sentencing hearing is set for April 17, 2013 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on February 15, 2013.

S/CARMEN CONSUELO CEREZO
United States District Judge